CASE NO: 15-20391 CV JAL

# DOCUMENTS RETURNED

# PURSUANT TO COURT ORDER
# DENYING MOTION TO SEAL
# per: Local Rule 5.4(C)

# DOCKET ENTRY

# NUMBER 9